478 A.2d 123

Commonwealth v. Wells, Appellant.

Argued September 22, 1983. Gilbert J. Scutti, for appellant; Leslie A. Sudcock, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, JOHNSON and CERCONE, JJ.

Judgment of sentence affirmed.